UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEVRON FLETCHER                                   CIVIL ACTION

VERSUS                                            NO.  07-5674

WARDEN, FRANKLIN PARISH                           SECTION "S"(4)
DETENTION CENTER

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Devron Fletcher's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this \_\_\_20th\_\_\_ day of _____September_____, 2010.

**UNITED STATES DISTRICT JUDGE**